UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
LEXINGTON DIVISION

JOSEPH STARLING,                           :
                                           :
          Plaintiff,                       :  Case No.:
                                           :
     v.                                    :  Judge _____
                                           :
DANA LIMITED LLC,                          :
                                           :  NOTICE OF REMOVAL
          Defendant.                       :

Defendant Dana Limited LLC ("Dana"), under 28 U.S.C. §§ 1441 and 1446, removes this action from the Boyle County, Kentucky Circuit Court to the United States District Court for the Eastern District of Kentucky, Lexington Division, based on federal question jurisdiction under 28 U.S.C. § 1331 and supplemental jurisdiction under 28 U.S.C. § 1367.

The grounds for removal are stated as follows:

1.    On June 16, 2023, Plaintiff Joseph Starling ("Plaintiff") commenced a lawsuit against Dana in the Boyle County, Kentucky Circuit Court entitled *Joseph Starling v. Dana Limited LLC,* Case No. 23-CI-00201.

2.    Plaintiff served Dana with Plaintiff's Complaint ("Complaint") by Certified Mail on June 16, 2023.  This Notice of Removal is thus timely filed within 30 days after Plaintiff filed the Complaint in state court under 28 U.S.C. § 1446.

3.    A true and accurate copy of Plaintiff's Complaint is attached as **Exhibit A**.  To the best of Dana's knowledge, the Complaint constitutes all process, pleadings, and orders served in this action.

4.    Plaintiff could have originally filed this action in this Court under 28 U.S.C. § 1331, as Plaintiff's Complaint arises, at least in part, under the laws of the United States.

127794287v1

5.   The United States District Court for the Eastern District of Kentucky, Lexington Division, is the federal judicial district embracing the Boyle County, Kentucky Circuit Court, where Plaintiff originally filed this action.  Venue is proper under 28 U.S.C. §§ 115(b)(1) and 1441(a).

6.   The Complaint establishes that there are federal questions.  Plaintiff asserts wrongful termination and racially disparate treatment in violation of 42 U.S.C. § 1981.  (Ex. A, ¶¶ 80–92).  As a result, this Court has original jurisdiction over these claims under 28 U.S.C. § 1331.

7.   This Court may exercise supplemental jurisdiction over the remaining claims in Plaintiff's Complaint under 28 U.S.C. § 1367(a) since those claims for (1) failure to accommodate and failure to engage in the interactive process, and (2) wrongful termination and racially disparate treatment under Kentucky law are so related to the federal claims that they form a part of the same case or controversy.

8.   Dana will give notice of removal of this action to the Boyle County, Kentucky Circuit Court, where the state court action is pending, as required under 28 U.S.C. § 1445(d).  A copy of the Notice of Filing of Notice of Removal of Defendant Dana Limited LLC is attached as **Exhibit B**.

For these reasons, federal jurisdiction exists under 28 U.S.C. § 1331, supplemental jurisdiction exists under 28 U.S.C. § 1367, and removal is appropriate under 28 U.S.C. § 1441.

127794287v1

Respectfully Submitted,


/s/ *Brian G. Dershaw*
Brian G. Dershaw (88696)
Taft Stettinius & Hollister LLP
425 Walnut Street, Suite 1800
Cincinnati, Ohio 45202
Tel.: (513) 381-2838
Fax: (513) 381-0205
bdershaw@taftlaw.com
*Attorney for Defendant Dana Limited LLC*

127794287v1

## CERTIFICATE OF SERVICE

I certify that on this 6th day of July 2023, a true and accurate copy of the Notice of Removal was filed electronically with the U.S. District Court for the Eastern District of Kentucky.  Notice of this filing will be delivered to the following parties by operation of the Court's electronic filing system and electronic mail:

H. Gera Meyman
Meyman Law PLLC
P.O. Box 54693
Lexington, KY 40555
Phone: (859) 600-6529
Email: gera@meymanlaw.com
*Attorney for Plaintiff Joseph Starling*

/s/ *Brian G. Dershaw*

127794287v1